No. 11-5027. Antonio A. Andrews, Petitioner v. Missouri.

565 U.S. 886, 132 S. Ct. 260, 181 L. Ed. 2d 151, 2011 U.S. LEXIS 6213.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 329 S.W.3d 369.